# EXHIBIT A

# CERTIFICATE OF ORIGIN FOR A VEHICLE

**STOUGHTON**
Stoughton Trailers, LLC

DATE: 8/7/2019

INVOICE NO.

VEHICLE IDENTIFICATION NO.: 1DW1A532XLBA43763
YEAR: 2020
MAKE: Stoughton

BODY TYPE: Aluminum smoothside van
SHIPPING WEIGHT: 12,290

H.P. (S.A.E.):
G.V.W.R.: 70,000
NO. CYLS.:
SERIES OR MODEL: AVW-535T-S-C

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

AMAZON LOGISTICS
410 TERRY AVENUE NORTH
SEATTLE WA 98109-5210
UNITED STATES

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

STOUGHTON TRAILERS, LLC

BY: *Brenda Krause*
(SIGNATURE OF AUTHORIZED REPRESENTATIVE) (AGENT)

416 SOUTH ACADEMY STREET
STOUGHTON, WI 53589
CITY-STATE

STO-315534

| | |
|---|---|
| | Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle.<br>**FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:** |
| **DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1** | NAME OF PURCHASER(S)_____<br>ADDRESS_____<br>I certify to the best of my knowledge that the odometer reading is_____ No Tenths<br>DEALER _____ BY: _____<br>　　　NAME OF DEALERSHIP　　DEALER'S LICENSE NUMBER　Being duly sworn upon oath says that the statements set forth are<br>State of_____　true and correct. Subscribed and sworn to me<br>County of_____　before this ____ day of _____ Year_____<br>　　　　　　　　　　　　　　　　　　　　　　　　　_____ Notary Public<br>USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION |
| **DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2** | NAME OF PURCHASER(S)_____<br>ADDRESS_____<br>I certify to the best of my knowledge that the odometer reading is_____ No Tenths<br>DEALER _____ BY: _____<br>　　　NAME OF DEALERSHIP　　DEALER'S LICENSE NUMBER　Being duly sworn upon oath says that the statements set forth are<br>State of_____　true and correct. Subscribed and sworn to me<br>County of_____　before this ____ day of _____ Year_____<br>　　　　　　　　　　　　　　　　　　　　　　　　　_____ Notary Public<br>USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION |
| **DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3** | NAME OF PURCHASER(S)_____<br>ADDRESS_____<br>I certify to the best of my knowledge that the odometer reading is_____ No Tenths<br>DEALER _____ BY: _____<br>　　　NAME OF DEALERSHIP　　DEALER'S LICENSE NUMBER　Being duly sworn upon oath says that the statements set forth are<br>State of_____　true and correct. Subscribed and sworn to me<br>County of_____　before this ____ day of _____ Year_____<br>　　　　　　　　　　　　　　　　　　　　　　　　　_____ Notary Public<br>USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION |
| **DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4** | NAME OF PURCHASER(S)_____<br>ADDRESS_____<br>I certify to the best of my knowledge that the odometer reading is_____ No Tenths<br>DEALER _____ BY: _____<br>　　　NAME OF DEALERSHIP　　DEALER'S LICENSE NUMBER　Being duly sworn upon oath says that the statements set forth are<br>State of_____　true and correct. Subscribed and sworn to me<br>County of_____　before this ____ day of _____ Year_____<br>　　　　　　　　　　　　　　　　　　　　　　　　　_____ Notary Public<br>USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION |
| **ODOMETER DISCLOSURE FOR RETAIL SALE** | Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.<br>I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _____ No Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage.<br>**WARNING ODOMETER DISCREPANCY**<br>Signature(s) of Sellers(s) _____<br>Printed Names(s) of Sellers(s) _____ Dealer's No. _____ Date of Statement _____ Date of Sale _____<br>Signature(s) of Purchaser(s) _____ Being duly sworn upon oath says that the statements set forth are true<br>Printed Name(s) of Purchasers(s) _____ and correct. Subscribed and sworn to me before this ____ day of _____ Year_____<br>Company Name (If Applicable) _____ State of _____<br>Address of Purchaser(s) _____ County of _____<br>USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION |
| **LIENHOLDER** | 1st lien in favor of **BANC OF AMERICA LEASING & CAPITAL LLC**<br>whose address is **2059 NORTHLAKE PARKWAY, TUCKER, GA 30084**<br>2nd lien in favor of_____<br>whose address is_____ |



# IDAHO
## Motor Carrier Vehicle Registration

***Weight over 80,000 pounds may require permit(s).***

| Plate Number | Effective/Enforcement Date | Expiration Date | |
|---|---|---|---|
| TM9527 | 10/08/2019 | PERMANENT | |

| Account Number | Fleet Number | Supp Number | Registration Type | Base Jur |
|---|---|---|---|---|
| 624788 | 001 | 030 | PTF | ID |

| Registrant Legal Name | Registrant Doing Business As Name | USDOT Number |
|---|---|---|
| AMAZON LOGISTICS INC | | 002881058 |

| | | Vehicle Type | Title Number | Titled Owner |
|---|---|---|---|---|
| | | FT | CN | AMAZON LOGISTICS INC |

| Vehicle Year | Vehicle Make | Vehicle Identification No. | Unit Number |
|---|---|---|---|
| 2020 | STOU | 1DW1A532XLBA43763 | V511632 |

MAY BE FOLDED DO NOT DETACH

Signature:_____(Applicant must sign to be valid)

Motor vehicle registrations for permanent trailers will not be issued a decal.

MAY BE FOLDED DO NOT DETACH

### Requirements for Canceling Registration

This form of the license plate and deletion request must be submitted if the vehicle is sold. Inquiries regarding this registration should be directed to Motor Carrier Services.

**Mailing Address:** Idaho Transportation Department
Motor Carrier Services
PO Box 7129
Boise, ID 83707-1129

**Physical Address:** 3311 West State Street
Boise, ID 83703

**Phone:** 208-334-8611 **Fax:** 208-334-2006 **E-mail:** cvs@itd.idaho.gov

Registrant: **AMAZON LOGISTICS INC**

User Id: **CLAMBING**

**8033 FLINT ST # 200
LENEZA KS 66214**

**If you have not yet completed a Release of Liability (ROL) Statement**, complete the one below and return this entire document along with the $3.50*fee to your local county assessor's auto-licensing office for processing. Alternatively, you may send in the completed form along with a $3.50* check or money order to the Ada County Processing Center, P.O. Box 140019, Garden City, ID 83714-0019 (This form is also available online at http://itd.Idaho.gov/dmv/VehicleServices/vs.htm). *This fee is subject to legislative changes. Before sending in this ROL, please visit the ITD website at - http://www.itd.idaho.gov/dmv/ to find out if the ROL fee has changed.

ITD-3935 "Blank" (Rev. 02-10) Supply # 01-9530800

*THIS REGISTRATION AND YOUR CERTIFICATION OF LIABILITY INSURANCE MUST BE KEPT IN YOUR VEHICLE AT ALL TIMES*

### LIABILITY INSURANCE REQUIREMENTS
If you cease to maintain the insurance required in Section 49-1229, Idaho Code, you must immediately surrender your registration document and license plates as required in Section 49-1230, Idaho Code.

## NOTICE OF RELEASE OF LIABILITY
**THIS FORM MUST BE COMPLETELY FILLED OUT TO BE VALID**
(Please Print Clearly)

$3.50 Fee                               $3.50 Fee

| New Owner Name | Odometer Reading |
|---|---|
| New Owner Address | Selling Price |
| City, State, Zip | Date of Delivery |
| Vehicle Identification Number | Vehicle Description |

Any former owner who signs and returns a **completed** *Release of Liability Statement* to the Idaho Transportation Department, with the proper fee, will not be liable for the operation of this vehicle after it has been sold or transferred. (Section 49-2417, Idaho Code)

_Seller's Signature_                     _Date_
(PERF)                                   (PERF)

### MOTOR CARRIER SAFETY AND INSURANCE CERTIFICATION
If I am registering as a motor carrier, by signing the front of this document, I certify knowledge of applicable Federal Motor Carrier safety regulations, hazardous materials regulations, and applicable State laws and regulations, and declare all operations will be conducted in compliance with such requirements. I also certify under penalty of law that the described vehicle is and will be continuously insured as prescribed under the applicable state and federal rules listed below:

**STATE:**
IDAPA 39.02.80
Motor Carrier
Financial Responsibility

**FEDERAL:**
49 CFR, Part 387
Minimum Levels of
Financial Responsibility
for Motor Carriers.

**YOUR LIFE IS IN YOUR HANDS**



*Buckle Up!*

# CERTIFICATE OF ORIGIN FOR A VEHICLE

STOUGHTON®

Stoughton Trailers, LLC

| | | | |
|---|---|---|---|
| DATE<br>7/16/2019 | | | INVOICE NO. |
| VEHICLE IDENTIFICATION NO.<br>1DW1A5329LSA43138 | | YEAR<br>2020 | MAKE<br>Stoughton |
| BODY TYPE<br>Aluminum smoothside van | | | SHIPPING WEIGHT<br>12,290 |
| H.P. (S.A.E.) | G.V.W.R.<br>70,000 | NO. CYLS. | SERIES OR MODEL<br>AVW-535T-S-C |

Unit Number: V511413

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

AMAZON LOGISTICS
410 TERRY AVENUE NORTH
SEATTLE WA 98109-5210
UNITED STATES

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

STOUGHTON TRAILERS, LLC

BY: Brenda Krause
(SIGNATURE OF AUTHORIZED REPRESENTATIVE) (AGENT)

416 SOUTH ACADEMY STREET
STOUGHTON, WI 53589
CITY-STATE

STO-314447

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle.
FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1**
NAME OF PURCHASER(S) _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____ BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____ before this _____ day of _____ Year _____
County of _____ _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2**
NAME OF PURCHASER(S) _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____ BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____ before this _____ day of _____ Year _____
County of _____ _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3**
NAME OF PURCHASER(S) _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____ BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____ before this _____ day of _____ Year _____
County of _____ _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4**
NAME OF PURCHASER(S) _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____ BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____ before this _____ day of _____ Year _____
County of _____ _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ODOMETER DISCLOSURE FOR RETAIL SALE**
Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _____ No Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage.
**WARNING ODOMETER DISCREPANCY**
Signature(s) of Sellers(s) _____
Printed Names(s) of Sellers(s) _____ Dealer's No. _____ Date of Statement _____ Date of Sale _____
Signature(s) of Purchaser(s) _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
Printed Name(s) of Purchasers(s) _____ before this _____ day of _____ Year _____
Company Name (If Applicable) _____ _____ Notary Public
State of _____
Address of Purchaser(s) _____ County of _____
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIENHOLDER**
1st lien in favor of BANC OF AMERICA LEASING & CAPITAL LLC
whose address is 2059 NORTHLAKE PARKWAY, TUCKER, GA 30084
2nd lien in favor of _____
whose address is _____



# IDAHO
## Motor Carrier Vehicle Registration

***Weight over 80,000 pounds may require permit(s).***

| Plate Number<br>TM6814 | Effective/Enforcement Date<br>08/09/2019 | Expiration Date<br>PERMANENT | | |
|---|---|---|---|---|
| Account Number<br>624788 | Fleet Number<br>001 | Supp Number<br>017 | Registration Type<br>PTF | Base Jur<br>KS |
| Registrant Legal Name<br>AMAZON LOGISTICS INC | | Registrant Doing Business As Name | | USDOT Number<br>002881058 |
| | | Vehicle Type<br>FT | Title Number<br>CN | Titled Owner<br>AMAZON LOGISTICS INC |
| Vehicle Year<br>2020 | Vehicle Make<br>STOU | Vehicle Identification No.<br>1DW1A5329LSA43138 | | Unit Number<br>V511413 |

MAY BE FOLDED DO NOT DETACH

Signature:_____(Applicant must sign to be valid)

Motor vehicle registrations for permanent trailers will not be issued a decal.



MAY BE FOLDED DO NOT DETACH

### Requirements for Canceling Registration
This form of the license plate and deletion request must be submitted if the vehicle is sold. Inquiries regarding this registration should be directed to Motor Carrier Services.

**Mailing Address:** Idaho Transportation Department
Motor Carrier Services
PO Box 7129
Boise, ID 83707-1129

**Physical Address:** 3311 West State Street
Boise, ID 83703

**Phone:** 208-334-8611 **Fax:** 208-334-2006 **E-mail:** cvs@itd.idaho.gov

Registrant: **AMAZON LOGISTICS INC**

User Id: **CLAMBING**

**8033 FLINT ST # 200**
**LENEZA KS 66214**

**If you have not yet completed a Release of Liability (ROL) Statement,** complete the one below and return this entire document along with the $3.50*fee to your local county assessor's auto-licensing office for processing. Alternatively, you may send in the completed form along with a $3.50* check or money order to the Ada County Processing Center, P.O. Box 140019, Garden City, ID 83714-0019 (This form is also available online at http://itd.Idaho.gov/dmv/VehicleServices/vs.htm). *This fee is subject to legislative changes. Before sending in this ROL, please visit the ITD website at - http://www.itd.idaho.gov/dmv/ to find out if the ROL fee has changed.

ITD-3935 "Blank" (Rev. 02-10) Supply # 01-9530800

*THIS REGISTRATION AND YOUR CERTIFICATION OF LIABILITY INSURANCE MUST BE KEPT IN YOUR VEHICLE AT ALL TIMES*

## NOTICE OF RELEASE OF LIABILITY
### THIS FORM MUST BE COMPLETELY FILLED OUT TO BE VALID
(Please Print Clearly)

$3.50 Fee                                   $3.50 Fee

| New Owner Name | Odometer Reading |
|---|---|
| New Owner Address | Selling Price |
| City, State, Zip | Date of Delivery |
| Vehicle Identification Number | Vehicle Description |

Any former owner who signs and returns a **completed** *Release of Liability Statement* **to the Idaho Transportation Department, with the proper fee, will not be liable for the operation of this vehicle after it has been sold or transferred.** (Section 49-2417, Idaho Code)

Seller's Signature _____  Date _____
(PERF)

### LIABILITY INSURANCE REQUIREMENTS
If you cease to maintain the insurance required in Section 49-1229, Idaho Code, you must immediately surrender your registration document and license plates as required in Section 49-1230, Idaho Code.

### MOTOR CARRIER SAFETY AND INSURANCE CERTIFICATION
If I am registering as a motor carrier, by signing the front of this document, I certify knowledge of applicable Federal Motor Carrier safety regulations, hazardous materials regulations, and applicable State laws and regulations, and declare all operations will be conducted in compliance with such requirements. I also certify under penalty of law that the described vehicle is and will be continuously insured as prescribed under the applicable state and federal rules listed below:

**STATE:**
IDAPA 39.02.80
Motor Carrier
Financial Responsibility

**FEDERAL:**
49 CFR, Part 387
Minimum Levels of
Financial Responsibility
for Motor Carriers.

(PERF)

**YOUR LIFE IS IN YOUR HANDS**



*Buckle Up!*